```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SANCHAZ DEMOND HAROLD                         CIVIL ACTION

VERSUS                                        NO: 10-1067

DANIEL EDWARDS, ET AL.                        SECTION: R(5)
```

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 12), hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's suit is DISMISSED for failure to prosecute.

New Orleans, Louisiana, this __18th__ day of October, 2010.

_____
         SARAH S. VANCE
    UNITED STATES DISTRICT JUDGE